IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

FILED
IN CLERKS OFFICE

2004 APR 19 P 3: 22

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| GERALD F. RICHARDS, | ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SOUTHBRIDGE POWER & THERMAL, LLC. | ) ) ) |
| Defendant. | ) ) |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

NOW COMES the Defendant, Southbridge Power & Thermal, LLC, pursuant to its obligations under Rule 7.3 of the local rules for the District of Massachusetts and states as follows:

1. Southbridge Power & Thermal, LLC is a wholly-owned subsidiary of Southbridge Energy Center, LLC.

2. Southbridge Energy Center, LLC has a principal place of business at 150 South Wacker Drive, Suite 2950, Chicago, IL 60606.

3. Southbridge Energy Center, LLC, in turn, is a wholly-owned subsidiary of Nations Energy Holdings, LLC, 150 South Wacker Drive, Suite 2950, Chicago, IL 60606.

4. Haddington/Chase Energy Partners, LP, a Delaware limited partnership, Haddington Energy Partners, L.P., a Delaware limited partnership, and Haddington Energy Partners II, L.P., a Delaware limited partnership, each own more than 10% of the membership interests in Nations Energy Holdings, LLC.

361634

Respectfully submitted,

SOUTHBRIDGE POWER AND THERMAL, LLC.

By: _____
Patrick J. Markey, Esq.
Robinson Donovan, P.C.
1500 Main Street – Suite 1600
Springfield, MA 01115
413-732-2301
BBO No.: 568124

## CERTIFICATE OF SERVICE

I, Patrick J. Markey, Esq., hereby certify that on this 19th day of April, 2004, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Charlotte E. Glinka, Keches & Mallen, P.C., 122 Dean Street, Taunton, MA 02780.

Subscribed under the penalties of perjury.

_____
Patrick J. Markey, Esq.

361634