IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| GERALD F. RICHARDS, ) | CIVIL ACTION NO. 04-40054 NMG |
| Plaintiff, ) | |
| v. ) | |
| SOUTHBRIDGE POWER & THERMAL, LLC. ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION FOR ADMISSION OF COUNSEL
### *PRO HAC VICE*

The Defendant, Southbridge Power & Thermal, LLC, hereby moves by undersigned counsel, Patrick J. Markey, pursuant to Local Rule 83.5.3(d) for the admission *pro hac vice* of Douglas B. Sanders, Esq. to appear and practice in this Court as co-counsel for the Defendant in this proceeding. In support of this Motion, please see the attached Affidavit of Douglas B. Sanders.

Respectfully submitted,

SOUTHBRIDGE POWER AND
THERMAL, LLC.

By: _____
Patrick J. Markey, Esq.
Robinson Donovan, P.C.
1500 Main Street – Suite 1600
Springfield, MA 01115
413-732-2301
BBO No.: 568124

FILING FEE PAID:
RECEIPT # 404303
AMOUNT $ 50.00
BY DPTY CLK _____
DATE 4-26-04

361640

## CERTIFICATE OF SERVICE

I, Patrick J. Markey, Esq., hereby certify that on this 21st day of April, 2004, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Charlotte E. Glinka, Keches & Mallen, P.C., 122 Dean Street, Taunton, MA 02780.

Subscribed under the penalties of perjury.

_____
Patrick J. Markey, Esq.

361640



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GERALD F. RICHARDS,** ) | CIVIL ACTION NO. 04-40054 NMG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **SOUTHBRIDGE POWER &** ) | |
| **THERMAL, LLC.** ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF DOUGLAS B. SANDERS

I, Douglas B. Sanders, hereby depose and say:

1. I am over the age of eighteen (18) years and understand the obligations of an oath.

2. I am a member of the law firm of Baker & McKenzie.

3. My office address is 130 E. Randolph Drive, Chicago, Illinois 60601

4. Service of all papers may be made upon Patrick Markey, Robinson Donovan Madden & Barry, Tower Square, Suite 1600, 1500 Main Street, Springfield, MA 01115, a member of the bar of this Court having an office within the District of Massachusetts.

5. I am admitted to practice before the following courts: State of Illinois (1998), Northern District of Illinois (1998) and Court of Appeals for the Seventh Circut (2001).

6. I have never been denied admission to or disciplined by this Court or a court in any other jurisdiction.

7. I am in good standing in all jurisdictions where I have been admitted to practice.

8. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

_____
Douglas B. Sanders

Subscribed and sworn to before me
this 19th day of April, 2004

_____
Notary Public

My commission expires: 4/26/07

"OFFICIAL SEAL"
KATHERINE A. SPYRNAL
Notary Public, State of Illinois
My Commission Expires 04/26/07