UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GERALD F. RICHARDS,           )
        Plaintiff               )
                              )
v.                            )   CIVIL ACTION NO. 04-CV-40054-FDS
                              )
SOUTHBRIDGE POWER &           )
THERMAL, LLC,                 )
        Defendant               )

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The plaintiff, Gerald F. Richards, and the defendant, Southbridge Power & Thermal, LLC, by and through counsel, state that they have conferred in this matter and hereby submit their Joint Statement Pursuant to Local Rule 16.1(D).

A.    Proposed Pre-Trial Schedule

| | |
|---|---|
| 1. Amendments to pleadings to add parties by: | March 30, 2005 |
| 2. Completion of written discovery and fact depositions by: | June 16, 2005 |
| 3. Plaintiff's designation of expert witnesses by: | August 15, 2005 |
| 4. Defendant's designation of expert witnesses by: | October 14, 2005 |
| 5. Expert depositions by: | January 16, 2006 |
| 6. Dispositive Motions by: | March 17, 2006 |
| 7. Final Pre-Trial Conference by: | May 15, 2006 |

B.    The parties have not yet determined whether they will consent to trial by magistrate judge.

C.    The plaintiff has presented a written settlement proposal to the defendant.

D.    The parties' certifications pursuant to Local Rule 16.1(D)(3) will be submitted.

Respectfully submitted,

| | |
|---|---|
| The plaintiff,<br>By his Attorneys, | The defendant,<br>By its Attorneys, |
| KECHES & MALLEN, P.C. | ROBINSON-DONOVAN |
| *[signature]*<br>CHARLOTTE E. GLINKA<br>BBO # 559117<br>122 Dean Street<br>Taunton, MA 02780<br>(508) 822-2000 | *[signature]*<br>PATRICK J. MARKEY<br>BBO # 568124<br>1500 Main Street<br>P.O. Box 15609<br>Springfield, MA 01115<br>(413) 732-2301 |

DATED: October 6, 2004
Certif-16.1D3