UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

CIVIL ACTION NO04-cv-40054

GERALD F. RICHARDS, )
    Plaintiff )
)
)
vs. )
)
)
SOUTHBRIDGE POWER & )
THERMAL, LLC., )
    Defendant )

## CERTIFICATION OF DEFENDANT
## RE: BUDGET AND ALTERNATIVE DISPUTE RESOLUTION

NOW COME the undersigned defendant and counsel for the defendant and hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation of the above-styled action. The undersigned further certify that they have conferred in order to consider resolution of the litigation through the use of Alternative Dispute Programs, such as those outlined in Local Rule 16. 4.

THE DEFENDANT, SOUTHBRIDGE
POWER & THERMAL, LCC

_____
Douglas D. Fear

-AND-

COUNSEL FOR SOUTHBRIDGE POWER
& THERMAL, LLC

By_____
Patrick J. Markey, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115

378848

Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 563542


COUNSEL FOR SOUTHBRIDGE POWER
& THERMAL, LLC

By_____
Douglas B. Sanders, Esq.
Baker & McKenzie, LLP
One Prudential Plaza
130 East Randolf Drive
Chicago, IL  60601
(312) 861-8075


## CERTIFICATE OF SERVICE

I, Patrick J. Markey, Esq., hereby certify that on this 12th day of October, 2004, I served a copy of the above upon the parties in the action by ~~mailing, postage prepaid~~ hand, to counsel, Charlotte E. Glinka, Esq., Keches & Mallen, P.C., 122 Dean Street, Taunton, MA  02780.

Subscribed under the penalties of perjury.

_____
Patrick J. Markey, Esq.

378848