UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GERALD F. RICHARDS,　　　　　　　　)
　　　　　Plaintiff　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)　　CIVIL ACTION NO. 04-CV-40054-FDS
　　　　　　　　　　　　　　　　　　　)
SOUTHBRIDGE POWER &　　　　　　　　)
THERMAL, LLC,　　　　　　　　　　　　)
　　　　　Defendant　　　　　　　　　)

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The plaintiff and plaintiff's counsel hereby certify that they have conferred concerning the expected costs of full litigation in this matter, as well as alternatives to full litigation, and have also conferred concerning the possibility of submitting this matter to alternative dispute resolution.

Respectfully submitted,

By the plaintiff,　　　　　　　　　　　　　　　By his Attorneys,
Gerald F. Richards,　　　　　　　　　　　　　KECHES & MALLEN, P.C.

/s/ Gerald Richards　　　　　　　　　　　　　/s/ Charlotte E. Glinka
GERALD F. RICHARDS　　　　　　　　　　　　CHARLOTTE E. GLINKA
　　　　　　　　　　　　　　　　　　　　　　BBO # 559117
　　　　　　　　　　　　　　　　　　　　　　122 Dean Street
　　　　　　　　　　　　　　　　　　　　　　Taunton, MA 02780
　　　　　　　　　　　　　　　　　　　　　　(508) 822-2000

DATED: October 3, 2004
Certif-16.1D3