UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

CIVIL ACTION NO. 04-CV-40054

| | |
|---|---|
| GERALD F. RICHARDS, | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| SOUTHBRIDGE POWER & | ) |
| THERMAL, LLC., | ) |
| Defendant | ) |

## NOTICE OF WITHDRAWAL OF APPEAREANCE OF COUNSEL

Please withdraw my appearance as counsel for the defendant, Southbridge Power & Thermal, LLC, in the above entitled action. Notice of Appearance of successor counsel is attached hereto.

THE DEFENDANT
SOUTHBRIDGE POWER & THERMAL,
LLC

By_____
Patrick J. Markey, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 563542

### CERTIFICATE OF SERVICE

I, Patrick J. Markey, Esq., hereby certify that on this __1st__ day of December, 2004, I served a copy of the above upon the parties in the action by facsimile and by mailing, postage prepaid, to counsel, Charlotte E. Glinka, Esq., Keches & Mallen, P.C., 122 Dean Street, Taunton, MA 02780; and Douglas B. Sanders, Esq., Baker & McKenzie, LLP, One Prudential Plaza, 130 East Randolf Drive, Chicago, IL 60601.

Subscribed under the penalties of perjury.

_____
Patrick J. Markey, Esq.

384517