UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

C.A. NO.: 04-CV-40054

GERALD F. RICHARDS,              )
    Plaintiff                    )
                                 )
v.                               )
                                 )
SOUTHBRIDGE POWER & THERMAL, LLC., )
    Defendant                    )

## NOTICE OF APPEARANCE

Please enter our appearance as attorneys for the defendant, Southbridge Power & Thermal, LLC., in the above captioned action.

DATED: ___12/8/04___

    _____
    Anthony M. Campo, BBO# 552093
    Brian F. Breen, BBO# 657188
    Boyle, Morrissey & Campo, P.C.
    695 Atlantic Avenue
    Boston, MA 02111
    (617) 451-2000
    FAX: (617) 451-5775

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(a), I, Brian F. Breen, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

Charlotte E. Glinka, Esq.
Keches & Mallen, P.C.
122 Dean St.
Taunton, MA  02780

SIGNED UNDER THE PENALTIES OF PERJURY THIS __5th__ DAY OF
__December__, 20_04_

    _____
    Brian F. Breen, BBO# 657188
    Boyle, Morrissey & Campo, P.C.
    695 Atlantic Avenue
    Boston, MA 02111
    (617) 451-2000
    FAX: (617) 451-577