UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

C.A. NO.: 04-CV-40054

| | |
|---|---|
| GERALD F. RICHARDS,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| SOUTHBRIDGE POWER & THERMAL, LLC.,<br>    Defendant | )<br>) |

## NOTICE OF WITHDRAWAL

Please withdraw my appearance as attorney for the defendant, Southbridge Power & Thermal, LLC, in the above-captioned matter.

As grounds therefore, the defendant states that successor counsel has entered his appearance, a copy of which is attached.

Date: 4/7/05

THE DEFENDANT,
SOUTHBRIDGE POWER & THERMAL, LLC,
BY ITS ATTORNEY,

_/s/ Brian F. Breen_
Brian F. Breen, BBO# 657188
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue, 11th Floor
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775