UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

C.A. NO. 04-CV-40054

GERALD F. RICHARDS,
    Plaintiff

v.

SOUTHBRIDGE POWER & THERMAL, LLC.,
    Defendant

## NOTICE OF APPEARANCE

Please enter our appearance as attorney for the defendant, Southbridge Power & Thermal, LLC., in the above captioned action.

DATED: 2/6/05

Keith L. Sachs, BBO# 634025
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775