

GADSBY HANNAH LLP

Joseph A. Barra
jbarra@ghlaw.com

Tel: 617 345 7061
Fax: 617 204 8061

June 13, 2005

VIA OVERNIGT MAIL

Hon. F. Dennis Saylor IV
United States District Court
Harold D. Donohue Federal Building & Courthouse
595 Main Street
Worcester, MA 01608

    Re:    Richards v. Southbridge Power & Thermal, LLC
           U.S. District Court C.A. No. 04-40054-FDS
           Our File No. ABI2031

225 Franklin Street
Boston MA 02110

Tel  617 345 7000
Fax  617 345 7050

www.ghlaw.com

Dear Judge Saylor:

    This office currently represents a company known as Waldron-Abington, LLC. Recently, the plaintiff in the matter referred to above filed a Motion to Amend Complaint to Add Party Defendant in which he seeks to add Waldron-Abington to the case. This letter is intended to notify you that the parties have agreed to permit Waldron-Abington the opportunity to seek intervention and file an opposition to the Motion to Amend not later than Wednesday, June 15, 2005.

    Thank you for your consideration.

Very truly yours,

Joseph A. Barra

JAB:tm
cc:    Mr. Michael Carr
       Terence Waldron, P.E.
       Scott Nathan, Esq.
       Charlotte E. Glinka, Esq.
       Keith Sachs, Esq.
       Mr. Chuck Murray

B0417858v1