UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

C.A. NO.: 04-CV-40054

GERALD F. RICHARDS,
    Plaintiff

v.

SOUTHBRIDGE POWER & THERMAL, LLC.,
    Defendant

**AFFIDAVIT OF COUNSEL AUTHENTICATING EXHIBITS**

I, Keith L. Sachs (BBO# 634025), do hereby state the following:

1. I am counsel for defendant Southbridge Power & Thermal, LLC.

2. On this day all counsel of record were served with the following documents:

    A. DEFENDANT SOUTHBRIDGE POWER & THERMAL, LLC'S, MOTION FOR SUMMARY JUDGMENT; AND

    B. DEFENDANT SOUTHBRIDGE POWER & THERMAL, LLC'S, MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT.

3. Attached to Southbridge's memorandum are Exhibits A through J.

4. Exhibits A through J are true and accurate copies of the documents they purport to be.

Signed under the pains and penalties of perjury this 29th day of September 2005.

_____
Keith L. Sachs

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(a) and/or Sup. Ct. R. 9A, I, Keith L. Sachs, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

>Charlotte E. Glinka, Esq.
>Keches & Mallen, P.C.
>122 Dean St.
>Taunton, MA 02780

SIGNED UNDER THE PENALTIES OF PERJURY THIS 29th DAY OF April, 2005.

Keith L. Sachs, BBO# 634025
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775

F:\WordDocs\Cases\6292\plead\aff auth.doc