UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALD F. RICHARDS,<br>Plaintiff | CIVIL ACTION NO. 04-CV-40054-FDS |
| v. | |
| SOUTHBRIDGE POWER &<br>THERMAL, LLC,<br>Defendant | |

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, Gerald F. Richards, hereby opposes the defendant's Motion for Summary Judgment in this matter. As grounds for his opposition, the plaintiff states that there are material issues of fact in dispute as to the responsibility of the defendant, Southbridge Power & Thermal, LLC, for control of the work premises and general safety at the job site. Accordingly, summary judgment in this matter should be denied.

The plaintiff's memorandum of law in support of his Opposition is submitted herewith.

WHEREFORE, the plaintiff respectfully requests that the defendant's Motion be DENIED.

### REQUEST FOR HEARING

The plaintiff requests a hearing on this matter.

Respectfully submitted,
By his Attorneys,

KECHES & MALLEN, P.C.

*/s/ Charlotte E. Glinka*
CHARLOTTE E. GLINKA
BBO # 559117
122 Dean Street
Taunton, MA 02780
(508) 822-2000

DATED: October 14, 2005
Opp-SJ