UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GERALD F. RICHARDS, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04-CV-40054-FDS |
| | ) | |
| SOUTHBRIDGE POWER & THERMAL, LLC, | ) ) | |
|     Defendant | ) | |

## JOINT MOTION TO EXTEND NISI DISMISSAL PERIOD

The parties hereby respectfully move to extend the Nisi Dismissal period in the above matter for a period of forty-five (45) days, from December 16, 2005, to February 1, 2006. As grounds therefor, the parties state that although they have agreed to resolve this matter, they are in the process of finalizing the necessary settlement paperwork. The parties expect to be able to resolve this matter within the next several weeks and therefore request an extension of the Nisi Dismissal period.

WHEREFORE, the parties respectfully request that the Nisi Dismissal period be extended to February 1, 2006.

Respectfully submitted,

| | |
|---|---|
| The plaintiff, | The defendant, |
| By his Attorneys, | By its Attorneys, |
| | |
| KECHES & MALLEN, P.C. | BOYLE, MORRISSEY & CAMPO |
| | |
| /s/ Charlotte E. Glinka | /s/ Keith L. Sachs |
| CHARLOTTE E. GLINKA | KEITH L. SACHS |
| BBO # 559117 | BBO # 634025 |
| 122 Dean Street | 695 Atlantic Avenue |
| Taunton, MA 02780 | Boston, MA 02111 |
| (508) 822-2000 | (617) 451-2000 |

DATED: December 15, 2005
Mot-ExtNisi