UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GERALD F. RICHARDS, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04-CV-40054-FDS |
| | ) | |
| SOUTHBRIDGE POWER & | ) | |
| THERMAL, LLC, | ) | |
| Defendant | ) | |

**PLAINTIFF'S MOTION TO FURTHER EXTEND NISI DISMISSAL PERIOD**
**(ASSENTED-TO)**

The plaintiff hereby respectfully moves to further extend the Nisi Dismissal period in the above matter for an additional period of thirty (30) days, from February 1, 2006 to March 1, 2006. As grounds therefor, the plaintiff states that although the parties have agreed to resolve this matter, the plaintiff is in the process of finalizing necessary elements of the settlement, including negotiation of outstanding liens. The plaintiff expects to be able to resolve this matter within the next several weeks and therefore requests a brief further extension of the Nisi Dismissal period. The defendant assents to this motion.

WHEREFORE, the plaintiff respectfully requests that the Nisi Dismissal period be extended to March 1, 2006.


Respectfully submitted,                     Assented to:

The plaintiff,                              The defendant,
By his Attorneys,                           By its Attorneys,

KECHES & MALLEN, P.C.                        BOYLE, MORRISSEY & CAMPO


/s/ *Charlotte E. Glinka*                    /s/ *Keith L. Sachs*
CHARLOTTE E. GLINKA                          KEITH L. SACHS
BBO # 559117                                 BBO # 634025
122 Dean Street                              695 Atlantic Avenue
Taunton, MA 02780                            Boston, MA 02111
(508) 822-2000                               (617) 451-2000


DATED: January 31, 2006
Mot-ExtNisi2

<u>CERTIFICATE OF SERVICE</u>

I, Charlotte E. Glinka, of Keches & Mallen, P.C., counsel for the plaintiff, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated a non-registered participants on January 31, 2006.

/s/ *Charlotte E. Glinka*
CHARLOTTE E. GLINKA

Certsvc4/dkd