UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

C.A. NO.: 04-CV-40054

| | |
|---|---|
| GERALD F. RICHARDS, </br>    Plaintiff </br> </br> v. </br> </br> SOUTHBRIDGE POWER & THERMAL, LLC., </br>    Defendant | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) the parties to the above-captioned action hereby stipulate that all claims of plaintiff Gerald F. Richards be dismissed against defendant Southbridge Power & Thermal, LLC, with prejudice, without costs and waiving all rights of appeal.

Respectfully Submitted,

| PLAINTIFF, | DEFENDANT, |
|---|---|
| GERALD F. RICHARDS, | SOUTHBRIDGE POWER & THERMAL, |
| BY HIS ATTORNEY, | LLC, |
| | BY ITS ATTORNEY, |

/s/ Charlotte E. Glinka          /s/ Keith L. Sachs
Charlotte E. Glinka              Keith L. Sachs
BBO #559117                      BBO # 634025
Keches & Mallen, P.C.            Boyle, Morrissey & Campo, P.C.
122 Dean Street                  695 Atlantic Avenue, 11th Floor
Taunton, MA 02780                Boston, MA 02111
(508) 822-2000                   (617) 451-2000

DATED: May 25, 2006